1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                   CENTRAL DISTRICT OF CALIFORNIA
9
10   ROY DAVIS GASH,                    Case No.:  SACV 09-00661 DMG (OPx)
11                Plaintiff,            ORDER FOR DISMISSAL WITH
12        v.                            PREJUDICE OF ALL DEFENDANTS
                                        AND PLAINTIFFS' COMPLAINT IN ITS
13   LUHAN CORPORATION, INC., d.b.a.    ENTIRETY [JS-6]
     LUCIANA'S RISTORANTE; LOUISE
14   STONE COLE, Trustee; And DOES 1
15   THROUGH 10, Inclusive,
                                        [Fed.R.Civ.P. Rule 41(a)(2)]
16                Defendants.
17
18
19
20
21
22
23
24
25   ///
26   ///
27   ///
28

                                        1   Case Number: SACV 09-00661 DMG (ANx)

Document Date: July 30, 2010

Having considered the Joint Motion of the parties to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and finding good cause therefor, this Court hereby orders as follows:

The Joint Motion of the parties to dismiss plaintiff's claims with prejudice is hereby granted. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are dismissed with prejudice. The entire case is dismissed with prejudice, each party to bear its own legal fees, litigation expenses and costs.

IT IS SO ORDERED.

Dated:   August 4, 2010

_____
HONORABLE  DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Document Date: July 30, 2010